**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FIRST CITIZENS BANK & TRUST COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL TRANS GROUP INC. and ) <br> IVAN PAVLOV, ) <br> ) <br> ) <br> Defendants. ) | Case No.: 1:25-cv-10728 <br><br> Claim amount: $183,098.83, plus pre-judgment interest at 18% per annum, attorneys' fees and costs |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

NOW COMES Plaintiff FIRST CITIZENS BANK & TRUST COMPANY ("First Citizens"), by and through its counsel, and for its Notice of Voluntary Dismissal, states as follows:

1. First Citizens has concluded that the equipment described in the Complaint is not cost effective to recover.

2. First Citizens hereby voluntarily dismisses its replevin claim (Count III) with prejudice against Defendant General Trans Group Inc. and its detinue claim (Count IV) with prejudice against Defendants General Trans Group Inc. and Ivan Pavlov, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants General Trans Group Inc. and Ivan Pavlov have not served an answer or motion for summary judgment to First Citizens' Complaint.

3. The remaining claims of First Citizens' Complaint (Counts I and II) remain pending.

1

                FIRST CITIZENS BANK & TRUST COMPANY

By: <u>/s/ Debra Devassy Babu</u>
     Debra Devassy Babu (ARDC No.: 6282743)
     Yuree Nam (ARDC No.: 6349597)
     Darcy & Devassy PC
     444 N. Michigan Avenue, Suite 3270
     Chicago, IL 60611
     (312)784-2400 (t)
     (312)784-2410 (f)
     ddevassy@darcydevassy.com
     ynam@darcydevassy.com