UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST CITIZENS BANK & TRUST COMPANY, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL TRANS GROUP INC. and ) <br> IVAN PAVLOV, ) <br> ) <br> ) <br> Defendants. ) | Case No.: 1:25-cv-10728 |

**JUDGMENT ORDER**

This matter coming to be heard on Plaintiff FIRST CITIZENS BANK & TRUST COMPANY's ("First Citizens") Motion for Default Judgment against Defendants GENERAL TRANS GROUP INC. ("General") and IVAN PAVLOV ("Pavlov") (collectively, the "Defendants"), the Defendants having been given due notice, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. FIRST CITIZENS BANK & TRUST COMPANY's Motion for Default Judgment against Defendants GENERAL TRANS GROUP INC. and IVAN PAVLOV is granted;

2. As to Counts I and II for breach of contract and breach of guaranty, judgment is entered in favor of FIRST CITIZENS BANK & TRUST COMPANY and against GENERAL TRANS GROUP INC. and IVAN PAVLOV, jointly and severally, in the amount of $268,342.03 for the balance owed under the Agreement and Guaranty, plus $3,962.93 in attorneys' fees and costs, for a total judgment of $272,304.96; and

3. FIRST CITIZENS BANK & TRUST COMPANY shall serve a copy of this Judgment Order on the Defendants by first class mail and file a Certificate of Service regarding the same.

Date: October 29, 2025

_____
JEREMY C. DANIEL
U.S. District Judge